UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LAWRENCE DARREN MOLDER,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

Defendant.

NO: 2:18-CV-0257-TOR

ORDER GRANTING BNSF'S MOTION FOR PROTECTIVE ORDER

BEFORE THE COURT is Defendant BNSF Railway Company's Motion for Protective Order (ECF No. 30). The Motion was submitted for consideration without oral argument. The Court has reviewed the files and the record, and is fully informed. For good cause shown, the motion will be **granted**.

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant BNSF Railway Company's Motion for Protective Order (ECF No. 30) is **GRANTED**. Pending any further Order of the Court:

    a. Documents marked as Confidential ("Confidential Documents"), including but not limited to BNSF employees' personal performance review evaluations and scorecards, shall only be available to counsel of record, that counsel's support staff, and to the parties' retained

ORDER GRANTING BNSF'S MOTION FOR PROTECTIVE ORDER ~ 1

expert witnesses and consultants. Counsel providing the materials to a retained expert witness or a consultant shall provide the expert with a copy of this Court's order.
   b. Confidential documents will not be disclosed, nor are their contents permitted to be publicly disseminated.
   c. Confidential Documents shall be filed under seal.
   d. All information contained in Confidential Documents shall be used solely in connection with this litigation and for no other purpose.
   e. At the conclusion of this action, Confidential Documents, including copies or reproductions thereof, shall be returned to BNSF within 30 days.
   f. BNSF employees' Confidential Documents may be used in depositions in this case, but shall not be marked as an exhibit to, depicted by video in, or otherwise copied as part of, depositions in this case.

2. The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED July 15, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING BNSF'S MOTION FOR PROTECTIVE ORDER ~ 2