# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE DARREN MOLDER,<br><br>            Plaintiff,<br>vs.<br><br>BNSF RAILWAY CO,<br><br>            Defendant. | **Case No.**  2:18-CV-0257-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:**    8/5/2019<br><br>**LOCATION:**  Telephonic<br><br>**DISCOVERY CONFERENCE** |

### CHIEF JUDGE THOMAS O. RICE

| Linda Hansen | | | Ronelle Corbey |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Nicholas D Thompson | | Michael E Chait | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ ] **Open Court**          [ ] **Chambers**          [ X ] **Telephonic**

All parties present by telephone.

The Court and counsel discussed plaintiff's witness Brett Dirks, MD's unavailability for trial testimony and the inability of counsel to agree on preservation testimony.

**Court Ruling:**  The Court directed Mr. Thompson to recontact Dr. Dirks and advise him that the Court will attempt to accommodate his schedule for testifying at trial and, if necessary, his testimony can be taken out of order.

| CONVENED: 9:59 AM | ADJOURNED: 10:14 AM | TIME: 15 MINS | [ ] ORDER FORTHCOMING |
|---|---|---|---|