1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Heather C. Barden, WSBA #49316
Barden & Barden
PO Box 8663
Spokane, WA 99203
Ph: (509) 315-8089
heather@bardenandbarden.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON – SPOKANE

| | |
|---|---|
| LAWRENCE DARREN MOLDER<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, A Delaware corporation,<br><br>Defendant. | Case No. 2:18-CV-0257-TOR<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF |

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES AND COUNSEL OF RECORD.

    PLEASE TAKE NOTICE that plaintiff in the above-entitled action enters an appearance herein, by and through the undersigned attorneys of record, and requests that all further pleadings and papers, except original process, be served upon said attorneys.

NOTICE OF APPEARANCE - 1



1    Respectfully submitted this 15th of August, 2019.

2
                                            s/ Heather C. Barden_____
3                                           Heather C. Barden, WSBA #49316
                                            Barden & Barden
4                                           heather@bardenandbarden.net
                                            Phone 509-315-8089
5                                           Fax 509-381-2159
                                            P.O. Box 8663
6                                           Spokane, WA 99203
                                            Attorney for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2

BARDEN & BARDEN

1

**CERTIFICATE OF SERVICE**

2

    I, Heather C. Barden, certify that on August 15, 2019 I caused the above

3

document to be electronically filed with the Clerk of the Court using the CM/ECF

4

System that automatically generates a Notice of Electronic Filling to all parties that

5

are registered users of the CM/ECF System.

6

    I certify under penalty of perjury under the laws of the United States that the

7

foregoing is true and correct.

8

9

                  s/ Heather C. Barden

10

                  Heather C. Barden WSBA #49316

11

                  Barden & Barden
                  heather@bardenandbarden.net

12

                  Phone 509-315-8089
                  Fax 509-381-2159

13

                  P.O. Box 8663

14

                  Spokane, WA 99203
                  Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 3

