MICHAEL CHAIT
HAYLEY VENTOZA
MONTGOMERY SCARP & CHAIT PLLC
1218 THIRD AVENUE, SUITE 2500
SEATTLE, WA 98101
(206) 625-1801
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LAWRENCE DARREN MOLDER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BNSF RAILWAY COMPANY, A Delaware corporation,<br><br>　　　Defendant. | No. 2:18-cv-00257-TOR<br><br>**DEFEDANT BNSF RAILWAY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE** |

Pursuant to the Court's Jury Trial Scheduling Order (ECF No. 13), BNSF submits the following response to plaintiff's motion to strike Samantha Rogers' Declaration.

On July 15, 2019, BNSF took the deposition of plaintiff's union representative Tim Gillum. Due to various scheduling difficulties, the parties had

BNSF'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE- 2
[No. 2:18-CV-00257-TOR]

MONTGOMERY SCARP & CHAIT PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

previously agreed to take several depositions, including Mr. Gillum's, after the discovery deadline. ECF No. 26.

At his July 15, 2019 deposition, Mr. Gillum testified for the first time that certain unidentified comparators had received "cut-letters" for similar activities. At no time before the deposition had plaintiff ever provided information or evidence that there was anyone whom he contended received disparate discipline. In discovery responses specifically asking for "all facts supporting your contention that you were subjected to an adverse employment action as a result of FRSA protected activity," plaintiff never identified anything remotely close to alleged disparate treatment of others. *See* Chait Decl. Ex. 1 (Plaintiff's Response to Interrogatory 5). Indeed, the entirety of the initial disclosure with respect to Mr. Gillum reads:

> 3. Molder's Union's Members, Officers, and Agents
>
> Members of Molder's union are likely to have knowledge of, inter alia, BNSF's policies, procedures, and practices regarding the work Molder was performing when he suffered his work-related injury, work-related injuries, and employee discipline; and Molder's injury and discipline. These people include Dave Carroll, Tim Gillum, Milt Monroy, Don Sanford. BNSF possesses Molder's union's members, officers, and agents' contact information.

Chait Decl. Ex. 2. (Plaintiff's Initial Disclosures). Plaintiff never indicated in his initial disclosures (or elsewhere) that Mr. Gillum purported to have comparator information, nor did he ever provide the details of such comparator information.

BNSF'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE- 2
[No. 2:18-CV-00257-TOR]

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1   As such, BNSF has moved to exclude this evidence. *See* Motion in Limine No. 39,

2   ECF No. 53 at 49:10-50:7.

3        In the event that Motion in Limine No. 39 is denied, BNSF has added these

4   two witnesses and will offer them in rebuttal, for impeachment. Their names were

5   added to the witness lists a mere seven days after Mr. Gillum's deposition, which

6   was the first time BNSF became aware of the subjects of Mr. Gillum's testimony

7   and purported knowledge on this subject, since it was not previously disclosed as

8   required by Federal Rule of Civil Procedure 26(a)(1)(A)(i). As such, to the extent

9   Mr. Gillum is allowed to testify on purported comparators, BNSF's disclosure of

10  such witnesses shortly after it first was made aware of the issue was substantially

11  justified and it must be allowed to offer witnesses to rebut Mr. Gillum's testimony

12  and credibility on this issue. *See*, *e.g.*, *Kumar v. Williams Portfolio 7, Inc.*, No.

13  C14-657RAJ, 2015 WL 11714566, at *4 (W.D. Wash. Aug. 13, 2015) (Rule

14  26(a)(1)(A)(i) "is relaxed when an individual is not being used to support the

15  disclosing party's claims or defenses or whose use would solely be for

16  impeachment" and permitting undisclosed witness to testify only as rebuttal

17  witness); *Interactive Health LLC v. King Kong USA, Inc.*, No. CV 06-1902-

18  VBF(PLAX), 2008 WL 11339129, at *2 (C.D. Cal. July 24, 2008) ("There is no

19  automatic disclosure requirement for witnesses whose testimony is solely used for

20  impeachment.").

21  BNSF'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE- 2
[No. 2:18-CV-00257-TOR]

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

Dated this 27th day of August 2019.

                                  Montgomery Scarp & Chait PLLC

                                  _s/ Michael Chait_
                                  Michael Chait, WSBA No. 48842
                                  Hayley Ventoza, WSBA No. 46309
                                  Attorneys for BNSF Railway Company
                                  1218 Third Avenue, Suite 2500
                                  Seattle, WA 98101
                                  Telephone: (206) 625-1801
                                  Facsimile: (206) 625-1807
                                  mike@montgomeryscarp.com
                                  hayley@montgomeryscarp.com

BNSF'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE- 2
[No. 2:18-CV-00257-TOR]

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. I am the assistant to an attorney with Montgomery Scarp & Chait PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of *DEFENDANT BNSF RAILWAY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE* has been filed with the United States District Court via the ECF system, which gives automatic notification to the following interested parties:

| | |
|---|---|
| Joseph Grube<br>Karen Orehoski<br>Breneman Grube Orehoski, LLC<br>1200 5th Ave, Ste 625<br>Seattle, WA 98101 | Nicholas D. Thompson<br>The Moody Law Firm, Inc.<br>500 Crawford Street, Suite 200<br>Portsmouth, VA 23704 |
| Heather C. Barden<br>Barden & Barden<br>PO Box 8663<br>Spokane, WA 99203 | |

I declare under penalty under the laws of the United States of America and the State of Washington that the foregoing information is true and correct.

DATED this 27th day of August, 2019, at Seattle, Washington.

                                        s/Katherine Eiler
                                        Katherine Eiler, Paralegal

BNSF'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE- 2
[No. 2:18-CV-00257-TOR]

MONTGOMERY SCARP & CHAIT PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807