Nicholas D. Thompson, VA 92821 (admitted *Pro Hac Vice*)
THE MOODY LAW FIRM
500 Crawford Street, Suite 200
Portsmouth, VA  23704
Phone: (757) 393-4093
nthompson@moodyrrlaw.com

and

Joseph A. Grube, WA 26476
BRENEMAN GRUBE OREHOSKI, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
(206) 770-7606
joe@bgotrial.com

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LAWRENCE DARREN MOLDER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY CO.,<br><br>　　　　　　　　　Defendant. | NO. 2:18-CV-00257<br><br>**PLAINTIFF'S OBJECTION TO COSTS** |

### INTRODUCTION

Before a party may recover costs for a obtaining a transcript, it must prove the transcript was necessarily obtained for use in the case. *See* 28 U.S.C. § 1920(2). Parties are required to prove the reasonableness of a transcript's cost by demonstrating that the amount

PLAINTIFF'S OBJECTION TO COSTS

PAGE 1 OF 4

THE MOODY LAW FIRM
500 Crawford Street, Suite 200
Portsmouth, VA  23704
Phone: (757) 393-4093
Fax: (757) 393-7257

charged per page was within the amount allowed. *See*, *e.g.*, *O'Neal v. Altheimer & Gray*, No. 99-cv-0976, 2002 U.S. Dist. LEXIS 17943, at *5 (N.D. Ill. Sep. 18, 2002) ("For instances where the invoice lists no total number of pages transcribed, the court cannot determine if the charges are within the Judicial Conference guidelines, thus they are denied.").

Here, Defendant BNSF Railway Co. seeks to tax $3,765.35 against Plaintiff Darren Molder for deposition transcripts. (Bill of Costs (Dkt. 115) at 1.) For the below-discussed reasons, $1,027.95 of this amount cannot be properly taxed against Molder. Only $2,737.40 should therefore be taxed against Molder for deposition transcripts.

## ARGUMENT

BNSF seeks $234 for R. Bishop's deposition transcript, $219.60 for Borsheim's deposition transcript, $292.20 for Dirks's deposition transcript, $164.15 for Pruitt's deposition transcript, and $115 for Stiver's deposition transcript. (R. Bishop Receipt (Dkt. 115 at 10 of 11); Borsheim Receipt (Dkt 115 at 8 of 11); Dirks's Receipt (Dkt 115 at 7-11); Montgomery Scarp and Chait Slip List (Dkt. 115 at 3).) For summary judgment, BNSF cited to none of these transcripts. (Def. Summ. J. Br. (Dkt. 32); Def. Summ. J. Reply Br. (Dkt. 71).) It is therefore not entitled to recover costs for them. *See*, *e.g.*, *O'Neal*, 2002 U.S. Dist. LEXIS 17943, at *5.

## CONCLUSION

BNSF is not entitled to costs for deposition transcripts to which it did not cite. Of the $3,765.35 BNSF seeks for deposition transcripts, $1,027.95 is for transcripts of depositions to which BNSF did not cite. Only $2,737.40 should therefore be taxed against Molder for deposition transcripts.

PLAINTIFF'S OBJECTION TO COSTS

PAGE 2 OF 4

THE MOODY LAW FIRM
500 Crawford Street, Suite 200
Portsmouth, VA  23704
Phone: (757) 393-4093
Fax: (757) 393-7257

Dated: September 19, 2019

**THE MOODY LAW FIRM**

/s/ Nicholas D. Thompson
Nicholas D. Thompson (admitted pro hac)
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093 – Telephone
(757) 397-7257 - Facsimile
nthompson@moodyrrlaw.com

Joseph A. Grube, WSBA #26476
BRENEMAN GRUBE OREHOSKI, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
(206) 770-7606
joe@bgotrial.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. I am an attorney with The Moody Law Firm, Inc., whose address is 500 Crawford Street, Suite 200, Portsmouth, VA 23704.

I hereby certify that a true and complete copy of PLAINTIFF'S OBJECTION TO COSTS has been filed with the United State District Court via ECF system, which gives automatic notification to the following interested parties:

Michael E. Chait
Montgomery Scarp & Chait PLLC
1218 3rd Avenue
Suite 2500
Seattle, WA 98101
mike@montgomeryscarp.com

*Attorney for Defendant*

PLAINTIFF'S OBJECTION TO COSTS

PAGE 3 OF 4

THE MOODY LAW FIRM
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-4093
Fax: (757) 393-7257

1  I declare under penalty under the laws of the United States of America that the foregoing information is true and correct.

Dated: September 19, 2019

/s/ Nicholas D. Thompson

PLAINTIFF'S OBJECTION TO COSTS

PAGE 4 OF 4

**THE MOODY LAW FIRM**
500 Crawford Street, Suite 200
Portsmouth, VA  23704
Phone: (757) 393-4093
Fax: (757) 393-7257